UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   'O'

| Case No. | 2:16-cv-02722-CAS(Ex) | Date | July 25, 2016 |
|---|---|---|---|
| Title | ANA CISNEROS, ET AL. v. LERNER NEW YORK INC. d/b/a NEW YORK & CO., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Amir Mostafavi | Alexis Gevanter |
| | Ellen Bronchetti (By Telephone) |

**Proceedings:** PLAINTIFFS' EX PARTE APPLICATION TO EXTEND TIME TO FILE MOTION FOR CLASS CERTIFICATION

   The Court is in receipt of plaintiffs' Ex Parte Application to Extend Time to File Motion for Class Certification. Dkt. 17. Having considered plaintiffs' *ex parte* application as well as defendants' opposition to plaintiffs' application, Dkt. 20, the Court finds that good cause exists for an extension of the deadline to file a motion for class certification. Accordingly, the Court **GRANTS** plaintiffs' *ex parte* application. The deadline to file a motion for class certification is hereby extended to **October 18, 2016**.

   IT IS SO ORDERED

|  | 00 | : | 02 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |